```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09276
    LINDSEY A WILLIAMS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-9423


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/16/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 06/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP     SECURED VEHIC        9850.00             .00          180.00
TRIAD FINANCIAL CORP     UNSECURED            9592.64             .00              .00
CORPORATE AMERICAN FAMIL UNSECURED          NOT FILED             .00              .00
CORPORATE AMERICAN FAMIL UNSECURED          NOT FILED             .00              .00
ONREM101                 UNSECURED          NOT FILED             .00              .00
CREDIT UNION 1           UNSECURED            4513.24             .00              .00
GE CONSUMER FINANCE      UNSECURED             884.79             .00              .00
PHOENIX RISING MANAGEMEN UNSECURED          NOT FILED             .00              .00
GAP CARD                 UNSECURED          NOT FILED             .00              .00
JC PENNY                 UNSECURED          NOT FILED             .00              .00
FIRST CASH ADVANCE       UNSECURED          NOT FILED             .00              .00
AMERICAN GENERAL         UNSECURED          NOT FILED             .00              .00
STATE OF IL DEPT OF EMPL UNSECURED          NOT FILED             .00              .00
PRO SE DEBTOR            DEBTOR ATTY              .00                              .00
TOM VAUGHN               TRUSTEE                                                15.65
DEBTOR REFUND            REFUND                                                104.35

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                300.00

PRIORITY                                            .00
SECURED                                          180.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              15.65
DEBTOR REFUND                                    104.35
                    --------------        --------------
TOTALS                 300.00                    300.00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09276 LINDSEY A WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/08/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |